IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:        BANKS AUTO PARTS, INC. and                 Case No. 07-32884-KRH
              FANAPA USA, INC. and                       Jointly Administered
              FANAPA, LLC,                                Chapter 11

                     Debtors.

_____

BANKS AUTO PARTS, INC. and
FANAPA, LLC,

                     Plaintiffs,

v.                                                       APN 07-3155 and
                                                         APN 07-3156
BANKS INVESTMENTS I, LC,
OLANDER BANKS,
GREGORY BANKS and
RONALD BANKS,

                     Defendants.

_____

## **ORDER**

        This matter comes before the Court on the Motions of Defendants, Banks Investments I,

LC, Olander Banks, Gregory Banks and Ronald Banks, to dismiss under Rule 7012(b) of the

Federal Rules of Bankruptcy Procedure (the "Motions to Dismiss").  For the reasons set forth in

this Court's Memorandum Opinion entered concurrently with this Order,

        IT IS ORDERED that the Motions to Dismiss Counts II and IV of the Plaintiffs'

Complaint are granted and, accordingly, Counts II and IV of Plaintiffs' Complaint are hereby

DISMISSED;

IT IS ORDERED that the Motions to Dismiss Counts I and III of the Plaintiffs'

Complaint are granted in part and denied in part and, accordingly, Counts I and III of Plaintiffs'

Complaint are hereby DISMISSED to the extent that they rely on § 548(a)(1)(A) of the

Bankruptcy Code, but they shall survive and are NOT DISMISSED to the extent that they rely

on § 548(a)(1)(B) of the Bankruptcy Code; and it is further

ORDERED that Ronald and Gregory Banks need not respond to or defend Counts I, II,

III, IV, and V of the Complaint; and it is further

ORDERED that Olander Banks and Banks Investments I, LC need not respond to or

defend Counts VI and VII of the Complaint.


ENTERED:  _____


                              /s/ Kevin R. Huennekens          
                              UNITED STATES BANKRUPTCY JUDGE


Copies to:

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA  23219

Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA  23219

Donald F. King
Odin, Feldman & Pittleman
9302 Lee Highway, Suite 1100
Fairfax, VA  22031